WILLIAM A. RUMPF, Respondent, *v.* CHARLES D. BROWN, Appellant.

*Rumpf* v. *Brown*, 143 App. Div. 920, modified.
(Argued November 25, 1912; decided December 10, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 10, 1911, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover for an alleged breach of contract.

*C. C. Werner* for appellant.

*James M. E. O'Grady* for respondent.

Judgment reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulates to deduct from his recovery the sum of $95.09, with interest from August 22, 1907, in which case the judgment as reduced is affirmed, without costs in this court to either party; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, CHASE and COLLIN, JJ. Not sitting: WERNER, J.